Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
       nkanute@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A., as successor by merger to Wells Fargo Home Mortgage, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association, as successor by merger to Wells Fargo Home Mortgage, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>COLWOOD PLACE COMMUNITY ASSOCIATION, INC., a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; LN MANAGEMENT LLC SERIES 5621 DIVOT, a Nevada series limited liability company; RANSOM BEASON, an individual; and VALLEY WEST CORPORATION dba VALLEY WEST MORTGAGE;<br><br>Defendants. | Case No. 2:16-cv-02086-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AN ANSWER OR RESPONSIVE PLEADING**<br><br>**(SECOND REQUEST AS TO RANSOM BEASON; FIRST REQUEST AS TO OTHER DEFENDANTS)** |

Plaintiff, Wells Fargo Bank, N.A. ("Wells Fargo"), as successor by merger to Wells Fargo Home Mortgage, Inc., and Defendants, Colwood Place Community Association, Inc. (the "HOA"); LN Management LLC Series 5621 Divot ("LN Management"); Ransom Beason; Valley West Corporation d/b/a Valley West Mortgage ("Valley West"), by and through their undersigned counsel, hereby stipulate and agree that any remaining Defendant that has not filed an answer or responsive pleading to Wells Fargo's Complaint may have until December 16, 2016 to file an answer or responsive pleading, if required.

25241883

There is currently pending a Motion to Dismiss that alleges that the deed of trust referenced in the Complaint was reconveyed. Wells Fargo is in the process of researching the reconveyance attached to the Motion to Dismiss and any other relevant documents related to the security interest on the property in question. The Parties have agreed that, given the need for additional research from Wells Fargo and in the interest of preserving resources, any party who has not yet filed an answer or responsive pleading to Wells Fargo's complaint may have until December 16, 2016 to do so. There is a possibility that Wells Fargo may amend its current complaint or dismiss this litigation, depending on the results of the research. Therefore, it would make sense for the parties who have not responded to wait until the research is concluded and Wells Fargo has decided how it will proceed. This minimal extension is reasonable in light of the circumstances and is sought in good faith.

Defendant Ransom Beason has previously obtained an extension from this Court to file an answer or responsive pleading, so this would be the second request. This request, though, is based primarily on the additional time needed for Wells Fargo to research the claims in the Motion to Dismiss. For the other Defendants who have not filed an answer or responsive pleading, this is the first request.

Accordingly, the Parties respectfully request that the Court grant this Stipulation and extend the deadlines as set forth herein.

Dated: November 17, 2016

SNELL & WILMER L.L.P.

By: */s/* Nathan G. Kanute
    Jeffrey Willis (NV Bar No. 4797)
    Nathan G. Kanute (NV Bar No. 12413)
    50 West Liberty Street, Suite 510
    Reno, Nevada  89501-1961
    *Attorneys for Plaintiff Wells Fargo Bank, N.A., as successor by merger to Wells Fargo Home Mortgage, Inc.*

Dated: November 17, 2016

HUTCHISON & STEFFEN

By: */s/ Bradley G. Sims (with permission)*
    John T. Steffen, Esq.
    Casey J. Nelson, Esq.
    Bradley G. Sims, Esq.
    Peccole Professional Park
    10080 West Alta Drive, Suite 200
    Las Vegas, NV 89145
    *Attorneys for Ransom Beason*

25241883

Dated: November 17, 2016                                  Dated: November 17, 2016

KERRY P. FAUGHNAN, ESQ.                                   THE BALL LAW GROUP

By: /s/ Kerry P. Faughnan (with permission)               By: /s/ Zachary T. Ball (with permission)
    Kerry P. Faughnan, Esq., NSB #12204                  Zachary T. Ball, Esq (NV Bar No. 8364)
    P.O. Box 335361                                        3455 Cliff Shadows Parkway, Suite 150
    North Las Vegas, Nevada 89033                          Las Vegas, Nevada 89129
    *Attorney for LN Management LLC Series*                *Attorney for Valley West Corporation*
    *5621 Divot*                                           *dba Valley West Mortgage*

Dated: November 17, 2016

THE CLARKSON LAW GROUP, P.C.

By: /s/ Matthew McAlonis (with permission)
    Matthew McAlonis, Esq.
    2300 West Sahara Avenue, Suite 950
    Las Vegas, Nevada 89102
    *Attorneys for Colwood Place Community*
    *Association, Inc.*

**IT IS SO ORDERED:**

_____
CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

DATED: November 18, 2016

- 3 -

25241883

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: November 17, 2016

                                    */s/*Holly W. Longe
                                    An Employee of Snell & Wilmer L.L.P.

- 4 -

25241883